### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**RONALD DEE O'NEAL**                                                              **PLAINTIFF**
**ADC# 128560**

**v.**                                   **CASE NO. 5:10CV00153 BSM-JJV**

**CORRECTIONAL MEDICAL**
**SERVICES INC. et al.**                                                         **DEFENDANTS**

### ORDER

On May 21, 2010, plaintiff Ronald O'Neal filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, alleging, among other things, that Defendant Wendy Kelley violated his Fourteenth and Eighth Amendment rights. Kelley filed a motion to dismiss [Doc. No. 91] which asserts that O'Neal's claims against her should be dismissed for failure to exhaust administrative remedies, as required by the Prison Litigation Reform Act.

O'Neal responded [Doc. No. 93] and admits he failed to properly exhaust his administrative remedies, stating he wishes to voluntarily withdraw his claims against Kelley. Accordingly, Kelley's motion to dismiss [Doc. No. 91] is granted, and O'Neal's claims against her are dismissed without prejudice.

IT IS SO ORDERED this 18th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE