UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RONALD DEE O'NEAL                                                                                    PLAINTIFF
ADC# 128560

v.                                            5:10-cv-00153-BSM-JJV

CORRECTIONAL MEDICAL
SERVICES INC.; *et al.*                                                                           DEFENDANTS

## ORDER APPOINTING COUNSEL

Plaintiff initiated the instant case on May 21, 2010, with the filing of a Complaint pursuant to 42 U.S.C. § 1983, alleging that Defendants were deliberately indifferent to his serious medical needs. (Doc. No. 1). Following a hearing on November 16, 2011, this Court submitted Proposed Findings and Recommendations (Doc. No. 134) to Judge Miller, recommending that Defendants' Motions for Summary Judgment be granted and Plaintiff's Amended Complaint be dismissed without prejudice. On January 4, 2012, Judge Miller rejected the Proposed Findings and denied the Motions for Summary Judgment. (Doc. No. 142).

Although the Court has denied without prejudice Mr. O'Neal's previous Motions for Appointment of Counsel (Doc. Nos. 48, 63, 99), the Court now finds that he will greatly benefit from the assistance of counsel and hereby GRANTS his Third Motion for Appointment of Counsel (Doc. No. 97).

In conformity with Local Rule 83.7, the Court hereby appoints Jerome Edward Larkowski of Larkowski and Rogers, Post Office Box 7348, Little Rock, AR 72217 to represent Plaintiff in all further proceedings in this case. The Clerk of the Court is directed

to send Mr. Larkowski a copy of this order and Local Rule 83.7.

The pending Motion to Compel (Doc. No. 148) and Motion for Order (Doc. No. 151) are DENIED without prejudice at this time and, if necessary, may be re-filed by Plaintiff's appointed counsel.

IT IS SO ORDERED this 26th day of <u>April</u>, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE